## Green *v.* Pyne et al., Appellants.

Argued September 13, 1973. *Terry W. Knox,* with him *Michael B. Kean,* and *MacElree, Platt, Harvey & Gallagher,*

for appellants; *Donald E. Schlater*, with him *Eugene P. Balderston, Jr.*, for appellee.

Order affirmed.

SPAULDING, J., absent.